**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Arsenio CUELLAR, Defendant—
Appellant.**

No. 03–10127.

D.C. No. CR–01–05389–OWW.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 27, 2004.

William L. Sims, Fresno, CA, for Plaintiff–Appellee.

Gary L. Huss, Wild Carter Tipton & Oliver, Fresno, CA, for Defendant–Appellant.

Before PREGERSON, HAWKINS, and GRABER, Circuit Judges.

MEMORANDUM**

Jose Arsenio Cuellar appeals his jury-trial conviction and 63–month sentence for refusing to timely apply for a travel document necessary to effect his deportation, in violation of 8 U.S.C. § 1253(a)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cuellar's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Cuellar has filed a pro se supplemental brief.

Our examination of the briefs and independent review of the record pursuant to

*Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

